IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JESSE WHITE,

                Plaintiff,

      -against-

THE CITY OF NEW YORK, a
municipal entity, NEW YORK CITY
POLICE SERGEANT ROBERT MIRABAL,
Shield # 02252, NEW YORK CITY POLICE
OFFICER ALVIN SOTO, Shield # 25083,
NEW YORK CITY POLICE OFFICERS
"JOHN DOES", all of the identified and
non-identified persons in their individual
and in their official capacities,
                Defendants.
------------------------------------------------------------------X

Index No. 08 CV 5014

AFFIDAVIT
**OF SERVICE**

      SHALIMAR D.Z. GARBA, being duly sworn deposes and says:

      1.      I am not a party to this action, am over eighteen years of age and reside in Queens County, New York.

      2.      On Friday June 6th, 2008, at approximately 11:32 a.m., deponent served a true copy of the Summons and Complaint upon **Sergeant Robert Mirabal**, Shield #02252, at his actual place of business, NYPD Community Affairs, located at **2581 Adam Clayton Powell Blvd. Suite 229, New York, New York 10039**. Sergeant Mirabal was a male of approximately 5'8" in height, with black hair, brown eyes and tan skin. Further, he appeared to be approximately 185 pounds, and between the ages of 29 and 35.

                                                                       Shalimar D.Z. Garba

Sworn to before me this
____ day of _____, 2008

_____
NOTARY PUBLIC

WYLIE M. STECKLOW ESQ.
Notary Public State of New York
N. 02ST506337
Qualified in New York County
My Comm. Expires Jul. 22, 2006