IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JESSE WHITE,

                    Plaintiff,

          -against-

THE CITY OF NEW YORK, a
municipal entity, NEW YORK CITY
POLICE SERGEANT ROBERT MIRABAL,
Shield # 02252, NEW YORK CITY POLICE
OFFICER ALVIN SOTO, Shield # 25083,
NEW YORK CITY POLICE OFFICERS
"JOHN DOES", all of the identified and
non-identified persons in their individual
and in their official capacities,
                    Defendants.
------------------------------------------------------------------X

Index No. 08 CV 5014

**AFFIDAVIT**
**OF SERVICE**

        SHALIMAR D.Z. GARBA, being duly sworn deposes and says:

        1.       I am not a party to this action, am over eighteen years of age and reside in Queens County, New York.

        2.       On Thursday June 5th, 2008, at approximately 6:30 p.m., deponent served a true copy of the Summons and Complaint upon **Officer Alvin Soto** by delivering same to **Officer Alvin Soto**'s actual place of business, NYPD 17th Precinct, located at **167 East 51st Street, New York, NY, 10022**, and by leaving same with the Desk Attendant, Officer Pascucci, Shield # 15124, who is a person of suitable age and discretion. Officer Pascucci who received the documents was a male of approximately 6 feet in height, with Brown hair, Brown eyes and fair skin. Further, he appeared to be approximately 180 pounds, and between the ages of 23 and 27.

        3.       In addition, on Wednesday June 11th, 2008, I mailed a true and correct copy of the summons and complaint to **Officer Alvin Soto**, at **Officer Alvin Soto**'s actual place of business, NYPD 17th Precinct, **167 East 51st Street, New York, NY, 10022,** in a post-office or official depository of the U.S. Postal Service within the State of New York.

                                                           Shalimar D.Z. Garba

Sworn to before me this
____ day of _____, 2008

_____
NOTARY PUBLIC

WYLIE M STECKLOW ESQ.
Notary Public - State of New York
No. 02ST506337
Qualified in New York County
My Comm. Expires Jul. 22, 2006